ACCEPTED
14-15-00064-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/11/2015 8:56:58 AM
CHRISTOPHER PRINE
CLERK

# Harris County Public Defender's Office

1201 Franklin Street, 13th Floor      Office No.: 713-368-0016

Houston, Texas 77002      Fax No.: 713-368-9278

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

12/11/2015 8:56:58 AM

CHRISTOPHER A. PRINE
Clerk

December 10, 2015

Clerk of the Court
Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, Texas 77002

Re: *William Marks vs. The State of Texas*; COA Nos. 14-15-00064-CR; 14-15-00065-CR; and 14-15-00066-CR

To the Clerk:

I represent Mr. William Marks on the direct appeal of his convictions for three counts of violating the private securities act. The trial court cause numbers are 1852392, 1852393, and 1852394. In the Fourteenth Court of Appeals, the case numbers are 14-15-00064-CR, 14-15-00065-CR, and 14-15-00066-CR. Pursuant to Texas Rule of Appellate Procedure 34.6(d), on December 4, 2015, I requested that the court reporter, Ms. Sandra Powell, prepare, certify and file in this Court a supplemental reporter's record to include the following relevant items:

A hearing conducted on the record on November 13, 2014 that was presumably in consideration of the state's Motion to Amend the Indictment

This court can order the court reporter to comply with this request and because the brief is now due on December 18, 2015, I hereby request that such an order be made.

Thank you for your cooperation.

Very truly yours,

*/s/ Daucie Schindler*

Daucie Schindler
*Assistant Public Defender*
Texas Bar Number 24013495
Daucie.Schindler@pdo.hctx.net
(713) 368-0016

cc:      Harris County District Attorney's Office
         Appellate Division